IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORGAN KANE AKA JOHN WETMORE,

        Petitioner,                  No. CIV S-07-1120 LEW KJM P

    vs.

CLAUDE FINN, Warden, et al.,

        Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

/////

1

1  § 2254 Cases. In the present case, the court does not find that the interests of justice would be
2  served by the appointment of counsel at the present time.

3  In accordance with the above, IT IS HEREBY ORDERED that:

4  1. Respondents are directed to file a response to petitioner's application within
5  sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer
6  shall be accompanied by any and all transcripts or other documents relevant to the determination
7  of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

8  2. Petitioner's reply, if any, shall be filed and served within thirty days of service
9  of an answer;

10  3. If the response to petitioner's application is a motion, petitioner's opposition
11  or statement of non-opposition shall be filed and served within thirty days of service of the
12  motion, and respondents' reply, if any, shall be filed within fifteen days thereafter. Petitioner is
13  advised that a failure to oppose any motion "may be deemed a waiver of any opposition to the
14  granting of the motion . . . "  Local Rule 78-230(m);

15  4. The Clerk of the Court shall serve a copy of this order together with a copy of
16  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
17  Patrick Farrell, Senior Assistant Attorney General; and

18  5. Petitioner's August 21, 2007 motion for the appointment of counsel is denied
19  without prejudice.

20  DATED: October 3, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
kane1120.100feekjm

2