1

2

3

4

5

6

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

7

_____
                                        )
8    MORGAN JAMES KANE,                  )
                                        )        Case No. C07-1120RSL-JLW
                      Petitioner,        )
9          v.                            )
                                        )        ORDER GRANTING MOTION FOR
10   CLAUDE FINN,                        )        EXTENSION OF TIME
                                        )
11                    Respondent.        )
_____  )

12

13          This matter comes before the Court on petitioner's "Motion for Judicial Notice"

14   (Dkt. # 22) and "Second Motion and Declaration for Enlargement of Time" (Dkt. # 23).

15   Petitioner's second request for an extension of time is GRANTED and the Court will take notice

16   of Ledesma v. Marshall, 2009 WL 2423968 (E.D. Cal. Aug. 5, 2009), when considering the

17   Report and Recommendation in this matter.  The Court is not, however, a library or document

18   retrieval service.  Although a copy of Ledesma is attached to this Order, no further case law or

19   authorities will be provided by the Court, and further extensions of time will be granted only for

20   extraordinary reasons.

21

22          Petitioner shall file his objections to the recommendation, if any, on or before

23   October 26, 2009.

24

25

26

ORDER GRANTING MOTION FOR
EXTENSION OF TIME

1

Dated this 6th day of October, 2009.

2

*MrT S Lasnik*

3

Robert S. Lasnik

4

United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR
EXTENSION OF TIME                                      -2-