UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MORGAN JAMES KANE,

                Petitioner,

    v.

CLAUDE FINN,

                Respondent.

Case No. C07-1120RSL-JLW

ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

This matter comes before the Court on petitioner's "Motion to Alter or Amend Judgment." Dkt. # 29. The motion is DENIED. As indicated in the order adopting the Report and Recommendation, the undersigned reviewed the entire record, including the documents listed in petitioner's motion, before entering judgment in this matter.

Dated this 23rd day of November, 2009.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
ALTER OR AMEND JUDGMENT